# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHARLES C. COSTA,

       Plaintiff,

v.                                                                Case No. 11-CV-15702
                                                               Honorable Denise Page Hood

CITY OF DETROIT, a Michigan Municipal
Corporation, AMRU MEAH, F. MOSS
WRECKING CO., A Michigan Corporation,
jointly and severally,

       Defendants.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date January 28, 2013, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 28th day of January, 2013

                                                                                    DAVID J. WEAVER
                                                                                     CLERK OF THE COURT

                                                                                     BY: s/LaShawn Saulsberry
APPROVED:                                                                       Deputy Clerk

<u>s/Denise Page Hood</u>
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 28, 2013, by electronic and/or ordinary mail.

                                        S/LaShawn R. Saulsberry
                                        Case Manager