# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

CHARLES C. COSTA,

       Plaintiff,

v.                                                                                          Case No. 11-CV-15702
                                                                                            Honorable Denise Page Hood

CITY OF DETROIT, a Michigan Municipal
Corporation, AMRU MEAH, F. MOSS
WRECKING CO., A Michigan Corporation,
jointly and severally,

       Defendants.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date January 28, 2013, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 28th day of January, 2013

                                                   DAVID J. WEAVER
                                                   CLERK OF THE COURT

                                                   BY: s/LaShawn Saulsberry
APPROVED:                                                Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 28, 2013, by electronic and/or ordinary mail.

                                  S/LaShawn R. Saulsberry
                                  Case Manager